| | |
|---|---|
| ZANE HUBBARD, | Case No.: 1:19-cv-00601-LJO-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DIRECTING PLAINTIFF TO SUBMIT $400.00 FILING FEE WITHIN THIRTY DAYS OR THE ACTION WILL BE DISMISSED |
| M.D. STAINER, et al., | |
| Defendants. | [ECF No. 5] |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Plaintiff Zane Hubbard is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 13, 2019, the Court denied Plaintiff's application to proceed in forma pauperis because Plaintiff has suffered three or more strikes pursuant to 28 U.S.C. § 1915(g), and Plaintiff was directed to pay the $400.00 filing fee within thirty days. (ECF No. 5.)

On June 24, 2019, Plaintiff filed an interlocutory appeal with the United States Court of Appeals for the Ninth Circuit.

On August 22, 2019, Plaintiff's appeal was dismissed, and the order served as the mandate 21 days thereafter. (ECF No. 10.)

///
///

1

Accordingly, the Court's June 13, 2019, remains in full force and effect, and Plaintiff is HEREBY DIRECTED to pay the $400.00 filing fee in full within thirty (30) days from the date of service of this order or the action will be dismissed.

IT IS SO ORDERED.

Dated: **September 16, 2019**         **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE