UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HUBBARD,<br><br>    Plaintiff,<br><br>  v.<br><br>M.D. STAINER, et al.,<br><br>    Defendants. | Case No.: 1:19-cv-00601-LJO-SAB (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY THE FILING FEE<br><br>[ECF No. 11] |

Plaintiff Zane Hubbard is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 13, 2019, the Court denied Plaintiff's application to proceed in forma pauperis and directed Plaintiff to pay the $400.00 filing fee in full within thirty days. (ECF No. 5.)

On June 24, 2019, Plaintiff filed an interlocutory appeal with the United States Court of Appeals for the Ninth Circuit.

On August 22, 2019, Plaintiff's appeal was dismissed, and the order served as the mandate 21 days thereafter. (ECF No. 10.)

///

///

///

| | |
|---|---|
| 1 | On September 16, 2019, the undersigned directed that Plaintiff submit the $400.00 filing fee |
| 2 | within thirty days from the date of service. (ECF No. 11.) The Court specifically advised Plaintiff |
| 3 | that the failure to pay the filing fee would result in the action being dismissed. (Id.) More than thirty |
| 4 | days have passed, and Plaintiff has failed to pay the $400.00 filing fee. Accordingly, the instant action |
| 5 | is dismissed, without prejudice. |

IT IS SO ORDERED.

Dated: **October 29, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE